JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURICH SPECIALTIES LONDON, LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BICKERSTAFF, WHATLEY, RYAN & BURKHALTER, INC.,<br><br>　　　　Defendant. | NO. CV 08-07066 SJO (FFMx)<br><br>**ORDER ENTERING FINAL JUDGMENT IN FAVOR OF PLAINTIFF ZURICH SPECIALTIES LONDON, LIMITED**<br>[Docket No. 55] |

　　　Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters a Final Judgment in favor of Plaintiff Zurich Specialties London, Limited ("Zurich") as to all claims between Zurich and Bickerstaff, Whatley, Ryan & Burkhalter, Inc. ("Bickerstaff") that were resolved by the Court when it granted partial summary judgment in favor of Zurich. Subsequent to the Court's Order, the parties resolved the only remaining issue, the amount of reimbursement that Zurich is entitled to recover from Bickerstaff. The parties have stipulated that the Court should enter a final judgment in favor of Zurich. Accordingly, the Court ORDERS, ADJUDGES AND DECREES as follows:

1. Zurich is awarded the sum of $159,192.70 to be paid by Bickerstaff.

2. Parties reserve their right to appeal.

Accordingly, it is hereby ordered that judggment is entered in favor of Zurich Specialties London, Limited and against Bickerstaff, Whatley, Ryan & Burkhalter, Inc.

IT IS SO ORDERED.

Dated: October 30, 2009

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE